# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. RODRIGUEZ,<br><br>　　　　Petitioner<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　Respondent. | Case No. CV 14-7090-AB (GJS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 28, 2016     _____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE